DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AVRIL DEOKI,**
Appellant,

v.

**WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE
MORTGAGE LOAN TRUST 2007-FXD1,**
Appellee.

No. 4D18-3513

[March 13, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. CACE 15-006879 (11).

Avril Deoki, Sunrise, pro se.

No brief filed for appellee.

PER CURIAM.

The court has reviewed appellant's initial brief and finds that no preliminary basis for reversal has been demonstrated. The appeal is therefore affirmed pursuant to Florida Rule of Appellate Procedure 9.315.

GROSS, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*